SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GEOFFREY A. BARROW, DC #462662**
Geoffrey.Barrow@usdoj.gov
**NICHOLAS D. MEYERS, OSB #222743**
Nicholas.Meyers@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00383-AN-016 |
| v. | **GOVERNMENT'S AMENDED SENTENCING MEMORANDUM** |
| EDGAR BASILIO HERNANDEZ, | |
| Defendant. | |

Defendant Edgar Hernandez was a member of a large multi-state criminal conspiracy that stole more than $2.4 million dollars of benefits from hundreds of low-income and food-insecure individuals and families. Mothers struggling to feed their families and seniors who rely on public assistance were left in the checkout line, unable to purchase groceries because defendant and his coconspirators had depleted their electronic food benefits to purchase infant formula, energy drinks and other items, which the defendant, his wife, and their coconspirators resold for personal gain. Defendant was a central figure in collecting, storing and packaging stolen goods.

**Government's Amended Sentencing Memorandum**                                  **Page 1**

For all the reasons set forth herein, the government recommends a sentence of 15 months' imprisonment followed by a three-year period of supervised release and a $100 special assessment.  The government also seeks restitution in the amount of $2.4 million

## I.    Factual Background

### A.  The Offense Conduct

The Presentence Investigation Report (PSR) accurately summarizes the offense conduct in paragraphs 21 through 31, which are incorporated herein by reference.

The government's investigation began in 2023 in response to a dramatic rise in fraud associated with Electronic Benefit Transfer (EBT) cards in the Pacific Northwest.  The investigation uncovered a large, multistate conspiracy to fraudulently obtain infant formula, energy drinks and other items using public assistance benefits that are administered through the U.S. Department of Agriculture's Supplemental Nutrition Assistance Program ("SNAP"). SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food.  In Oregon, SNAP public assistance benefits are loaded to an account that a qualified recipient accesses by means of an access card, similar to a debit or credit card, called the Oregon Electronic Benefit Transfer ("EBT") Card.  All states maintain SNAP programs that operate in a substantially similar manner.

The conspirators in this case can be divided into the "theft crew" and the "transportation crew."  The theft crew stole EBT numbers using skimming devices affixed to point of sale terminals and by obtaining stolen EBT numbers from others.  Theft crew members used the fraudulently obtained EBT numbers to purchase infant formula, energy drinks and other SNAP eligible food items at grocery stores in Oregon and Washington.  Members of the transport crew

**Government's Amended Sentencing Memorandum**                                    **Page 2**

collected stolen EBT eligible food items from members of the theft crew and transported the items to California for re-sale on the illicit market.

Defendant was a member of the transportation crew.  On June 13, 2024, defendant and his coconspirator wife, Jessica Gonzalez, packaged infant formula at the Vancouver storage unit for shipment to California:



On September 5, 2024, defendant, Jessica Gonzalez and Edwin Santizo met at the Vancouver storage unit.  Defendant and Gonzalez picked up infant formula from co-defendants Ion Paul Miclescu, Nicolas Barbosu and Anita Vaduva.  Defendant and his wife drove the formula to the Vancouver storage unit and prepared it for shipment to California:

/ / / /

/ / / /

/ / / /

**Government's Amended Sentencing Memorandum**                                    **Page 3**



The following day, a commercial shipping company picked up 3,900 pounds of stolen infant formula from the Vancouver storage unit and delivered it to San Pedro, California. Based on the weight of the shipment, investigators estimate that this shipment alone was worth in excess of $75,000.

The investigation gathered evidence that defendant was involved in coordinating regular shipments from the Vancouver storage unit to San Pedro, California. From September 2023 to September 2024, the conspiracy coordinated seventeen shipments from the Vancouver storage unit to San Pedro, California. Defendant's wife frequently signed the bills of lading for the shipments, described as food items. Commercial shipping records show that the total weight of the shipments was 124,390 pounds. Investigators estimate that these shipments were worth in excess of $2.4 million.

/ / / /

/ / / /

/ / / /

/ / / /

**Government's Amended Sentencing Memorandum**                    **Page 4**

On October 22, 2024, law enforcement officers executed a search warrant at defendant's residence in Pomona, California.  They seized $13,200 in cash, numerous cans of infant formula and records.

**B.  The Charges**

On October 9, 2024, defendant and fifteen coconspirators were charged in a sixteen-count indictment.  Defendant was charged in Count 1 with Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371.  He was also charged in Count 16 with Interstate Transportation of Stolen Goods, in violation of Title 18 United States Code, Sections 2314 and 2.

**II.     Plea Agreement and Guidelines Computations**

On December 11, 2025, defendant pleaded guilty to Count 1 of the Indictment.

The sentencing guidelines are accurately set forth in paragraphs 46 through 56 of the presentence report.

**III.    Argument**

**A.  Government's Recommended Sentence**

Pursuant to the plea agreement and applicable advisory sentencing guidelines, the government recommends a sentence of 15 months followed by a three-year period of supervised release.  A 15-month sentence of imprisonment is warranted based on defendant's involvement in facilitating the collection and transportation of millions of dollars of stolen SNAP-eligible goods to be resold on the illicit market for personal gain.

On March 14, 2025, while this matter was pending, defendant was arrested for driving under the influence in Pomona, California.  This Court modified his pretrial release conditions and he remained out of custody.  On June 12, 2025, defendant was sentenced to three years'

**Government's Amended Sentencing Memorandum**                                    **Page 5**

probation.  Accordingly, he has one criminal history point and is not eligible for a reduction pursuant to U.S.S.G. § 4C1.1 as a "Zero-Point" Offender. PSR ¶ 51.[1]  Defendant's conduct on pretrial release was dangerous on its own and demonstrated a reckless disregard for his status on pretrial release in this matter.

### B.  Restitution and Forfeiture

Pursuant to 18 U.S.C. § 3663A, the government seeks an order of restitution in the amount of $2.4 million.  As set forth above, defendant was responsible for facilitating the shipment of $2.4 million of stolen infant formula obtained with stolen SNAP benefits.  Payment should be made to Food and Nutrition Service, PO Box 979027, Lock Box 9027, St. Louis, MO 63197-9000

There are no outstanding forfeiture issues.

### IV.    Conclusion

For the above reasons, the government respectfully recommends the Court impose a sentence of 15 months followed by a three-year period of supervised release and a $100 fee assessment.

Dated: May 11, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *Geoffrey A. Barrow*
GEOFFREY A. BARROW, DCB #462662
NICHOLAS D. MEYERS, OSB #222743
Assistant United States Attorneys

---

[1] The government's original sentencing memorandum mistakenly assumed that defendant was eligible for a Zero-Point" Offender reduction.

**Government's Amended Sentencing Memorandum**                               **Page 6**